IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JUL 8 2002

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| **HOWARD PEEPLES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**TULSA COUNTY SHERIFF'S** )<br>**OFFICE, TULSA COUNTY** )<br>**BOARD OF COMMISSIONERS,** )<br>**and TULSA COUNTY,** )<br>)<br>Defendant(s). ) | Case No. 02 CV 480K (J)<br><br>NOTE: THIS ORDER IS TO BE MAILED BY MOVANT TO ALL COUNSEL AND PRO SE LITIGANTS IMMEDIATELY UPON RECEIPT. |

**ORDER GRANTING DEFENDANT'S APPLICATION
FOR AUTOMATIC CLERK'S EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY ORDERED that upon the Application of Tulsa County Sheriff's Office ("Defendant"), the Court hereby allows an additional fifteen (15) days or until July 23, 2002, for the Defendant to file its Answer or other Response to Plaintiff's Complaint.

Dated this 8th day of July, 2002.

Phil Lombardi, Clerk

_/s/ M. Hauwitz_
UNITED STATES DISTRICT ~~JUDGE~~ CLERK

Submitted by:
*Reuben Davis, OBA #2208*
*Mary L. Lohrke, OBA #15806*
*BOONE, SMITH, DAVIS, HURST & DICKMAN*
*500 ONEOK Plaza, 100 W. 5th Street*
*Tulsa, OK 74103*
*(918) 587-0000*
*Counsel for Defendant*