IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

HOWARD PEEPLES, )
)
    Plaintiff, )
)
vs. ) 02-CV-480-K-(J)
)
TULSA COUNTY SHERIFF'S OFFICE, )
TULSA COUNTY BOARD OF )
COUNTY COMMISSIONERS, AND )
TULSA COUNTY, )
)
    Defendants. )

**FILED**
JUL 9 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

### ENTRY OF APPEARANCE ON BEHALF OF
### TULSA COUNTY
### AND
### BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY OKLAHOMA

**COMES NOW** Timothy H. Harris, District Attorney of Tulsa County, Oklahoma, by and through Gordon W. Edwards, Assistant District Attorney of Tulsa County, Oklahoma, and hereby enters his appearance in this action on behalf of Defendants the Board of County Commissioners of Tulsa County Oklahoma, and Tulsa County.

Respectfully submitted,

TIMOTHY H. HARRIS
DISTRICT ATTORNEY

BY: _____
GORDON W. EDWARDS, OBA #2636
ASSISTANT DISTRICT ATTORNEY
406 Tulsa County Courthouse
Tulsa, Oklahoma 74103
(918) 596-4836
Fax (918) 596-4804

## CERTIFICATE OF MAILING

I certify that on the 9th day of July, 2002, a true and correct copy of the above and foregoing Entry of Appearance was placed in the United States Mail with sufficient postage affixed thereto, addressed to:

Jeff Nix
406 S. Boulder, Suite 400
Tulsa, Oklahoma 74103

Attorney for Plaintiff

and

Ruben Davis,
Mary L. Lohrke
Boon, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103

Attorneys for Defendant Tulsa County Sheriff's Office

_____
GORDON W. EDWARDS
ASSISTANT DISTRICT ATTORNEY