IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Peeples, )
)
        Plaintiff, )
)
vs. ) No. 02-CV-480-K(J)  **FILED**
)
Tulsa County SD, Et al., ) JUL 1 1 2002
)
) Phil Lombardi, Clerk
        Defendant. ) U.S. DISTRICT COURT

### ORDER FOR JOINT STATUS REPORT

    Pursuant to LCvR16.1, the parties are directed to prepare and submit to the Court a Joint Status Report (JSR) on or before August 12, 2002.

    Copies of a JSR form are available in the Court Clerk's office or on the public web site, www.oknd.uscourts.gov. For the purpose of preparing the JSR, the parties shall, pursuant to Fed.R.Civ.P. 16 and 26, confer at least 14 days prior to the date the JSR is to be submitted to the Court.

    Note that pursuant to Fed.R.Civ.P. 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing the discovery plan portions of the JSR, and that pursuant to LCvR 26.1, parties shall make initial disclosures unless they stipulate otherwise in the JSR. By this Order, all parties are under an affirmative duty to (1) comply with the mandatory disclosure requirements, and (2) notify the Court of any nondisclosure so that the issue can be promptly referred to a Magistrate Judge for resolution.

    All cases will be extended 120 days from receipt of the Joint Status Report for discovery, unless otherwise requested. Be advised that scheduling conferences are not routinely set by the Court. A scheduling conference may, however, be set at a party's request or on the Court's own initiative. The parties shall indicate in their JSR whether they believe that a scheduling conference is necessary. If a scheduling conference is set, the Court will enter a Scheduling Order at the conclusion of the conference. If a scheduling conference is not set, the Court will enter and mail a Scheduling Order based on the information provided by the parties in the JSR.

    IT IS SO ORDERED this 11 day of July ~~August~~ 2002.

                                          TERRY C. KERN, Chief Judge

